

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 19 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0141                    DATE: 2/19/2015
    COA #: 12-13-00005-CV      TC#: 2012-876-A
STYLE: THE GOOD SHEPHERD HOSPITAL, INC.
   v. RONALD MASTEN AND CHARLENE MASTEN

Today the Supreme Court of Texas received and
filed a motion for extension of time to file petition
for review pursuant to Rule 53.7(f) in the above
numbered and styled case.

                    MS. CATHY S. LUSK
                    CLERK, TWELFTH COURT OF APPEALS
                    1517 WEST FRONT, SUITE 354
                    TYLER, TX  75702